# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 12, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Randstad Inhouse Services, LLC, et al.
v. Adan Ortiz, et al.
No. 23-1296
(Your No. 23-55147, 23-55149)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 10, 2024 and placed on the docket June 12, 2024 as No. 23-1296.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst